UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN GARCIA, | |
| Plaintiff, | |
| v. | Case No. 1:24-cv-10762 |
| | Judge Denise J. Casper |
| UNITED PARCEL SERVICE, INC. and TEAMSTERS UNION LOCAL No. 59, | |
| Defendants. | |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S
MOTION FOR LEAVE TO FILE ITS REPLY IN SUPPORT OF ITS RULE 12(C)
MOTION FOR JUDGMENT ON THE PLEADINGS, OR IN THE ALTERNATIVE,
<u>RULE 12(B)(6) MOTION TO DISMISS *INSTANTER*</u>**

Pursuant to Local Rule 7.1(b)(3), Defendant United Parcel Service, Inc. ("UPS") respectfully moves this Court for leave to file a brief in Reply to Plaintiff's Memorandum in Opposition to UPS' Motion for Judgment on the Pleadings, or in the Alternative, Rule 12(b)(6) Motion to Dismiss. Plaintiff's brief contains misstatements of law regarding preemption under Section 301 of the Labor and Management Rights Act. This necessitates additional briefing by UPS to address these misstatements. As such, UPS has attached its Reply brief to this Motion as Exhibit 1, and requests that the Court grant leave to file the Reply *instanter*.

Respectfully submitted,

*/s/Jonathan M. Kelly*
Allison L. Goico (PHV)
Jonathan Kelly (PHV)
DINSMORE & SHOHL LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Facsimile: (513) 977-8141
allison.goico@dinsmore.com
Jon.kelly@dinsmore.com

Javier Flores
DINSMORE & SHOHL, LLP
101 Arch Street, Suite 1800
Boston, MA 02110
T: (857) 305-6383
F: (857) 305-6401
JAVIER.FLORES@DINSMORE.COM

*Counsel for Defendant United Parcel Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed this 9th day of August, 2024, with the Clerk of the Court using the CM/ECF filing system, which will notify all counsel of record.

/s/Jonathan M. Kelly
Jonathan M. Kelly